**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-2500**

―――――――――――

EDNA M. PICKETT,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED; JULIE GOEMAN,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-96-952-5-F)

―――――――――――

Submitted:  April 16, 1998          Decided:  April 28, 1998

―――――――――――

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Edna M. Pickett, Appellant Pro Se. Gregory Stephen Muzingo, WALMART STORES, INCORPORATED - LEGAL TEAM, Bentonville, Arizona, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Defendants' motion for summary judgment and dismissing this Title VII action alleging racial discrimination. 42 U.S.C. § 2000e (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm. <u>See</u> 42 U.S.C. § 2000e-5(e)(1); <u>see generally</u> <u>Greene v. Whirlpool Corp.</u>, 708 F.2d 128, 130 (4th Cir. 1983). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>